IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **MARIA SCHAFFER,** individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>**2:20 MARKETING GROUP, LLC,** a Nevada limited liability company, d/b/a **XURLI**,<br><br>     Defendant. | **ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Case No. 4:22-cv-000006-DN-PK<br><br>District Judge David Nuffer |

Pursuant to the parties' Stipulation of Dismissal ("Stipulation")[1] with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims brought by Plaintiff in the above-captioned case, with each side bearing its own costs and fees, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is GRANTED and the above-entitled matter is dismissed with prejudice. None of the rights of any putative class members other than Plaintiff have been released or are otherwise affected by this dismissal. Each party shall bear its own costs and attorney fees.

The Clerk of the Court shall close the case.

DATED this the 3rd day of October 2023.

BY THE COURT:

_David Nuffer_ (signature)

David Nuffer
United States District Judge

---

[1] Docket no. 30, filed October 2, 2023.